# Court of Appeals
# of the State of Georgia

ATLANTA,   June 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1904.  MICHAEL MCBEE v. THE STATE.**

Michael McBee was convicted of rape and aggravated sodomy.  We affirmed his convictions on appeal.  *McBee v. State*, 228 Ga. App. 16 (491 SE2d 97) (1997); see also *McBee v. State*, 239 Ga. App. 314 (521 SE2d 209) (1999) (affirming trial court's denial of McBee's motion to correct void sentence).  McBee later filed an extraordinary motion for new trial, which the trial court denied.  Following that denial, McBee filed this direct appeal.  An order denying an extraordinary motion for new trial, however, must be appealed by application for discretionary appeal.  OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*